IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-0950 (KBJ) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. SECRET SERVICE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION FOR A STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS**

      The United States of America hereby moves for a stay of briefing in the above-captioned case.

1.    At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies. The Department does not know when funding will be restored by Congress.

2.    Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.    Undersigned counsel for the Department of Justice therefore requests a stay of the briefing schedule until Congress has restored appropriations to the Department.

4.    If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.    Opposing counsel has authorized counsel for the Government to state that the plaintiff has no objection to this motion.

      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the briefing schedule in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2013

        Respectfully Submitted,

        STUART F. DELERY
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Assistant Branch Director

        /s/ Paul A. Dean
        PAUL A. DEAN
        Senior Counsel (N.Y. Bar)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C.  20001
        Tel: 202-514-1280
        Fax: 202-616-8470
        Paul.dean@usdoj.gov
        Attorneys for Defendant